COLVIN, Respondent, v. UNITED STATES MUT. ACC. ASS'N OF NEW YORK CITY, Appellant.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

Action by William P. Colvin against the United States Mutual Accident Association of New York City.

No opinion.   Motion for leave to appeal to the court of appeals denied.   See 21 N. Y. Supp. 784.

---

CROTHERS et al., Respondents, v. UNION BREWING CO. et al., Appellants.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

Action by Oliver Crothers and another against the Union Brewing Company and others.

No opinion.   Judgment appealed from affirmed.

---

DIKE v. LONG.

(Supreme Court, General Term, Fifth Department.   April 13, 1893.)

Action by Frances A. Dike against William Long, survivor.

No opinion.   Motion for reargument denied.   See 22 N. Y. Supp. 1120, mem.

---

DYKE, Respondent, v. SPARGUR et al., Appellants.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

Action by Electa A. Dyke against William Spargur and others.

No opinion.   Judgment appealed from affirmed, with costs.

---

EAST, Appellant, v. CAYUGA LAKE ICE LINE, Respondent.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

No opinion.   Motion for reargument denied.   See 21 N. Y. Supp. 887.

---

FORAN v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

Action by Richard Foran against the New York Central & Hudson River Railroad Company.

No opinion.   Motion to amend memoranda of decision denied.   See 19 N. Y. Supp. 417; 21 N. Y. Supp. 478.

---

GIBBS, Respondent, v. MERCHANTS' & FARMERS' NAT. BANK OF DANSVILLE, Appellant.

(Supreme Court, General Term, Fifth Department.    April 13, 1893.)

Action by Clara Whiteman Gibbs, administratrix, etc., against the Merchants' & Farmers' National Bank of Dansville.

No opinion.   Order appealed from affirmed, with $10 costs and disbursements.